**LEWIS BRISBOIS BISGAARD & SMITH LLP**
GREG L. JOHNSON, SB# 132397
  E-Mail: Greg.Johnson@lewisbrisbois.com
TIMOTHY J. NALLY, SB# 288728
  E-Mail: Timothy.Nally@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendants OXFORD HEALTH INSURANCE and UNITED BEHAVIORAL HEALTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID BAIN, DAYNA BAIN and ALAINA BAIN, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>OXFORD HEALTH INSURANCE, and UNITED BEHAVIORAL HEALTH, in their capacities as insurers, administrators, and fiduciaries of the Sagent Advisors Inc. Group Health Plan, an ERISA-regulated welfare plan,<br><br>Defendants. | CASE NO. 3:20-cv-02190-RS<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE** |

WHEREAS, on March 31, 2020, Plaintiffs David Bain, Dayna Bain, and Alayna Bain (collectively, "Plaintiffs") initiated this action by filing a Complaint for Benefits under Employee Retirement Income Security Act of 1974 ("the Complaint");

WHEREAS, Defendant Oxford Health Insurance ("Oxford") was served with the Complaint and summons on April 13, 2020, and Defendant United Behavioral Health ("UBH") was served with the Complaint and Summons on April 7, 2020;

WHEREAS, the parties have entered into a written confidential settlement agreement that provides for the dismissal of this action upon the occurrence of certain conditions precedent;

WHEREAS, per Docket Entry No. 22, the Court issued a standby order of dismissal and

scheduled an order to show cause hearing for September 24, 2020;

WHEREAS, as of the date of this Stipulation, the conditions precedent to the filing of a request for dismissal have not been completed but the Parties expect to occur within two weeks from the date of this stipulation;

THEREFORE, Plaintiffs and Defendants stipulate that the hearing on the Order to Show Cause, set by the Court to take place on September 24, 2020 (*see* Dkt. 22), should be continued two weeks to October 8, 2020, to allow for the performance of the conditions precedent.

DATED: September 21, 2020          CREITZ & SEREBIN LLP

By: /s/ Joseph A. Creitz
Joseph A. Creitz
Attorneys for Plaintiffs DAVID BAIN, DAYNA BAIN and ALAINA BAIN

DATED: September 21, 2020          LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Timothy J. Nally
Timothy J. Nally
Attorneys for Defendants OXFORD HEALTH INSURANCE and UNITED BEHAVIORAL HEALTH

It is hereby **ORDERED** that the Order to Show Cause hearing scheduled for September 24, 2020, is hereby continued to October 8, 2020 at 1:30 pm.

JUDGE RICHARD SEEBORG